EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 124 |
| | |
| Beatriz Cruz Báez | 216 DPR ___ |

Número del Caso:  TS-14,545


Fecha:  26 de noviembre de 2025


Cuerpo de Procuradores del Colegio de Abogados y Abogadas de Puerto Rico:

    Lcda. Norana Sánchez Alvarado


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Beatriz Cruz Báez

TS-14,545

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de noviembre de 2025.

Examinada la Urgentísima *moción en solicitud de reinstalación y sometiendo certificación de cumplimiento* presentada por la Sra. Beatriz Cruz Báez, así como la *Moción en cumplimiento de orden* presentada por la Oficina de Inspección de Notarías, se reinstala a la señora Cruz Báez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo